Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Lesley E. Weaver (State Bar No. 191305)
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle, Suite 275
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BUSHEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KKR FINANCIAL HOLDINGS LLC, PAUL M. HAZEN, CRAIG J. FARR, TRACY COLLINS, ROBERT L. EDWARDS, VINCENT PAUL FINIGAN, R. GLENN HUBBARD, ROSS J. KARI, ELY L. LICHT, DEBORAH H. MCANENY, SCOTT C. NUTTALL, SCOTT RYLES, WILLY STROTHOTTE, KKR & CO. L.P., KKR FUND HOLDINGS L.P., and COPAL MERGER SUB LLC,<br><br>Defendants. | Case No.: 4:14-CV-00495-CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1   Plaintiff, by and through his counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is hereby dismissed without prejudice. Defendants have not filed an answer or motion for summary judgment, and no motion for class certification has been filed in this action.

DATED: May 6, 2014

**GREEN & NOBLIN, P.C.**

By:   /s/ Robert S. Green
    ROBERT S. GREEN

Robert S. Green
700 Larkspur Landing Circle, Suite 275
Larkspur, CA  94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Attorneys for Plaintiff

**OF COUNSEL:**

Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone:  (302) 295-5310